IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| SANTIAGO, REYNALDO | ) | |
| | ) | CASE NO. 05 B 05069 |
| | ) | |
| | ) | JUDGE EUGENE R. WEDOFF |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

At:  **U.S.BANKRUPTCY COURT, 219 S.DEARBORN ST., COURTROOM 744**

On:  **SEPTEMBER 11,2007**

At:  **10:00 A.M.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.   ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

a. Receipts                        $      18,098.13

b. Disbursements                   $           0.00

c. Net Cash Available for Distribution$   18,098.13

4.   Applications for administration fees and expenses have been filed as follows:

| | Compensation | Fees Now | Expenses |
|---|---|---|---|

| Applicant | | Previously Paid | Requested | Now Requested |
|---|---|---|---|---|
| Trustee | $ | 0.00 | $ 2,559.81 | $ |
| Trustee | $ | 0.00 | $ | $ 115.44 |
| US Bankruptcy Court | $ | 0.00 | $ | $ 300.00 |
| Trustee's Firm Legal | $ | 0.00 | $ 7,000.00 | $ |
| Trustee's Firm Legal | $ | 0.00 | $ | $ 350.60 |

5.   In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6.   Claims of general unsecured creditors totaling $0.00, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.   The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|---|
| 1 | Resurgence Financial, LLC | | $ 7,462.00 | $ 3,955.71 |
| 2 | Capital One Bank | History | $ 3,827.13 | $ 2,028.81 |
| 3 | Capital One Bank | History | $ 3,372.40 | $ 1,787.76 |

7.   Proposed dividends are approximations.   Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site,

*www.ilnb.uscourts.gov.* If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: __**AUGUST 10,2007**__          For the Court,


                              By: __**KENNETH S. GARDNER**__
                                 Kenneth S. Gardner
                                 Clerk  of  the  United  States
                                 Bankruptcy Court
                                 219 S. Dearborn Street, 7th Floor
                                 Chicago, IL  60604

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1          User: amcc7           Page 1 of 1           Date Rcvd: Aug 10, 2007
Case: 05-05069               Form ID: pdf002        Total Served: 14
```

The following entities were served by first class mail on Aug 12, 2007.
```
db            +Reynaldo Santiago,    1815 Eton Drive,    Hoffman Estates, IL 60192-4121
aty           +A Stewart Chapman,    Pierce & Associates,    1 North Dearborn  Suite 1300,
               Chicago, IL 60602-4331
aty           +Allan G Sweig,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty           +Chaya D Williams,    Leibowitz Law Center,    420 W. Clayton Street,    Waukegan, IL 60085-4216
aty           +David P Leibowitz,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty           +Irving Drobny,    Irving Drobny Pc,    4801 W Peterson,    Chicago, IL 60646-5734
aty           +Yanick Polycarpe,    Pierce and Associates, P.C.,    1 North Dearborn   Suite 1300,
               Chicago, IL 60602-4331
tr            +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
cr             Countrywide Home Loans, Inc.,    Bankruptcy Department,    1544 Old Alabama Road,
               Roswell, GA  30076-2102
br             Luis Martinez,    2748 N Richmond,    Chicago, IL  60647-1712
8942017        Capital One,    P.O. Box 60000,    Seattle, WA 98190-6000
8942016       +Capital One Bank,    c/o TSYS DEBT MANAGEMENT,    P.O. Box 5155,    Norcross, GA 30091-5155
8942018       +Kaplan & Chaet, LLC,    5215 Old Orchard Road-Suite 300,    Skokie, IL 60077-1020
10775297      +Resurgence Financial, LLC,    4100 Commercial Ave,    Northbrook, IL 60062-1833
```

The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc            Lois West,    Popowcer Katten Ltd
8942019        Resurgence Financial LLC
```
                                                                               TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2007**                    **Signature:**   *Joseph Speetjens*